Argued March 7—decided March 7, 1972

State of Connecticut *v.* William McNellis

The motion by the defendant for his release on a reasonable bond to be set by this court is dismissed and the Superior Court in Litchfield County is

directed to submit a finding pertinent to the defendant's petition for review from the order of that court denying his petition for bail pending appeal, all as provided by § 694 of the Practice Book.

*Alfonse C. Fasano,* in support of the motion.

Submitted March 7—decided March 10, 1972